# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CHYNETHIA GRAGG<br>Plaintiff,<br><br>v.<br><br>CRE DEVELOPMENT CAPITAL, LLC, PHOENIX OPPORTUNITY ZONE FUND, LLC, PHOENIX OPPORTUNITY ZONE FUND, LLC, (the "Fund"), DWIGHT ALEXANDER, LAWRENCE JATSEK, KURT MAGNUM, KEVIN BLACKBURN, GENE BLUE, THUNDERBIRD LEGACY DEVELOPMENT, AENEAS VENTURE PARTNERS 4, LLC, JOSEPH VILLASENOR, ARIZONA OPPORTUNITY INDUSTRIALIZATION CENTER ("ARIZONA OIL"), UNITED STATES AND EXCHANGE COMMISSION, UNITED STATES DEPARMTENT OF THE TREASURY, and DOES 1-50),<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:25-CV-06226 |

**Declaration of Kurt Mangum**

1. My name is Kurt Mangum. I am fully competent to make this declaration. I have personal knowledge of all the facts stated herein, and the statements herein are true and correct.

2. I am a citizen and resident of Arizona. I currently reside in Phoenix, Arizona.

3. I submit the Declaration in support of my Motion to Dismiss for lack of personal jurisdiction.

4. I have never worked in Texas. I have never owned real or personal property in Texas. I do not maintain any mailing addresses, phone numbers, bank accounts, or insurance policies in the forum state.

5. I have never communicated with Chynethia Gragg. Thus, I have never communicated with Ms. Gragg regarding the planned construction of the Fairmont Hotel and Condominiums located at 39 East Jackson Street, Phoenix, Arizona 85004. I have not entered into any contracts or agreements with Ms. Gragg. I have never purchased or sold anything to Ms. Gragg in the Southern District of Texas. I have had no business dealings with Ms. Gragg

in the Southern District of Texas, generally, nor have I had any with business dealings with her outside the Southern District of Texas, including those arising from her allegations in the above-captioned lawsuit regarding the planned construction of the Fairmont Hotel and Condominiums.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on this 20th day of February, 2026.

*/s/Kurt Mangum*

Kurt Mangum