## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| CHYNETHIA GRAGG, | § | United States Courts<br>Southern District of Texas<br>**F I L E D** |
| Plaintiff, | § | |
| | § | **MAR 1 2 2026** |
| v. | § | |
| | § | Nathan Ochsner, Clerk of Court |
| | § | |
| | § | **Civil Action No. 4:25-cv-06226** |
| | § | |
| CRE DEVELOPMENT CAPITAL, LLC; | § | |
| PHOENIX OPPORTUNITY ZONE FUND, LLC; | § | |
| DWIGHT ALEXANDER; | § | |
| LAWRENCE JATSEK; | § | |
| KURT MANGUM; | § | |
| KEVIN BLACKBURN; | § | |
| GENE BLUE; | § | |
| THUNDERBIRD LEGACY DEVELOPMENT; | § | |
| AENEAS VENTURE PARTNERS 4, LLC; | § | |
| JOSEPH VILLASENOR; | § | |
| ARIZONA OPPORTUNITY | § | |
| INDUSTRIALIZATION CENTER | § | |
| ("ARIZONA OIC"); | § | |
| UNITED STATES SECURITIES AND | § | |
| EXCHANGE COMMISSION; | § | |
| UNITED STATES DEPARTMENT OF | § | |
| THE TREASURY; | § | |
| and DOES 1–50, | § | |
| Defendants. | § | |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CRE DEVELOPMENT CAPITAL, LLC

*(Fed. R. Civ. P. 55(b))*

1

Plaintiff Chynethia Gragg, appearing pro se, respectfully moves for entry of Default Judgment against Defendant CRE Development Capital, LLC pursuant to Federal Rule of Civil Procedure 55(b).

## I. SERVICE AND DEFAULT

Defendant CRE Development Capital, LLC was properly served with the Summons and Complaint on January 30, 2026 through its registered agent.

Under Federal Rule of Civil Procedure 12(a)(1)(A), Defendant was required to file an answer or responsive pleading within 21 days, making the response deadline February 20, 2026.

Defendant failed to file an answer, motion, or any appearance in this action.

Plaintiff filed a Request for Clerk's Entry of Default, and the Clerk entered default pursuant to Rule 55(a).

## II. LEGAL STANDARD

Under Federal Rule of Civil Procedure 55(b), the Court may enter default judgment against a defendant who has failed to plead or otherwise defend.

Upon entry of default, the defendant is deemed to have admitted the well-pleaded allegations of the complaint.

See *Nishimatsu Constr. Co. v. Houston Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975).

## III. LIABILITY

The Complaint alleges that Defendant CRE Development Capital, LLC participated in the investment structure and financing representations related to the Phoenix Opportunity Zone Fund and the development project located at 39 East Jackson Street, Phoenix, Arizona.

Plaintiff alleges that Defendant engaged in conduct including:

1. fraudulent inducement of investors

2. misrepresentation regarding financing and project viability

3. concealment of material financial information

4. misuse of investor funds

Because Defendant has failed to appear or defend, these allegations are deemed admitted for purposes of default judgment.

## IV. MULTIPLE DEFENDANTS

This action involves multiple defendants, several of whom have appeared or may appear.

Accordingly, Plaintiff respectfully requests that the Court:

1. enter default judgment as to liability against CRE Development Capital, LLC, and

2. defer determination of damages until resolution of the claims against the remaining defendants, if the Court determines such deferral is appropriate.

This approach avoids the risk of inconsistent judgments and promotes judicial efficiency.

This case involves multiple defendants alleged to have participated in related conduct. Plaintiff acknowledges the considerations discussed in *Frow v. De La Vega*, 82 U.S. 552 (1872), and respectfully requests entry of default judgment as to liability against Defendant CRE Development Capital, LLC while allowing the Court to determine damages at a later stage if appropriate.

Entry of default judgment against CRE Development Capital, LLC will not prejudice the remaining defendants because the Court retains full authority to determine liability and damages as to the appearing defendants and to modify relief if necessary to ensure consistent judgments.

## V. PRAYER

WHEREFORE, Plaintiff Chynethia Gragg respectfully requests that the Court:

1. Enter Default Judgment as to liability against Defendant CRE Development Capital, LLC;

2. Defer determination of damages until an appropriate stage of the proceedings;

3. Award Plaintiff costs of court and any further relief to which Plaintiff may be entitled.

Respectfully submitted,

/s/ Chynethia Gragg
CHYNETHIA "CHYNA" GRAGG
Plaintiff, Pro Se
PO Box 450438
Houston, Texas 77245
Phone: (832) 758-5108
Email: cgragg@hotmail.com

4

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion for Default Judgment was served on Defendant CRE Development Capital, LLC through its registered agent:

Corporations & Companies, Inc.
900 Foulk Road, Suite 201
Wilmington, Delaware 19803

/s/ Chynethia Gragg
Chynethia Gragg

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

CHYNETHIA GRAGG,
  Plaintiff,

v.

CRE DEVELOPMENT CAPITAL, LLC;
PHOENIX OPPORTUNITY ZONE FUND, LLC;
DWIGHT ALEXANDER;
LAWRENCE JATSEK;
KURT MANGUM;
KEVIN BLACKBURN;
GENE BLUE;
THUNDERBIRD LEGACY DEVELOPMENT;
AENEAS VENTURE PARTNERS 4, LLC;
JOSEPH VILLASENOR;
ARIZONA OPPORTUNITY
INDUSTRIALIZATION CENTER
("ARIZONA OIC");
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION;
UNITED STATES DEPARTMENT OF
THE TREASURY;
and DOES 1–50,
  Defendants.

§§§§§§§§§§§§§§§§§§§§§§§§§§§§

Civil Action No. <u>4:25-cv-06226</u>

## <u>ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT</u>

Pending before the Court is Plaintiff's Motion for Default Judgment against Defendant CRE Development Capital, LLC.

1

The Court finds that Defendant CRE Development Capital, LLC was properly served with process and failed to answer or otherwise respond within the time required by the Federal Rules of Civil Procedure. The Clerk has entered default pursuant to Rule 55(a).

Based on the record and the applicable law, the motion is **GRANTED IN PART**.

It is **ORDERED** that:

1. Default judgment as to liability is entered against Defendant CRE Development Capital, LLC.

2. The Court defers determination of damages until an appropriate stage of the proceedings.

SIGNED on _____.


_____

**Lee H. Rosenthal**
United States District Judge

2