# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CHYNETHIA GRAGG<br>Plaintiff,<br><br>v.<br><br>CRE DEVELOPMENT CAPITAL, LLC, PHOENIX OPPORTUNITY ZONE FUND, LLC, PHOENIX OPPORTUNITY ZONE FUND, LLC, (the "Fund"), DWIGHT ALEXANDER, LAWRENCE JATSEK, KURT MAGNUM, KEVIN BLACKBURN, GENE BLUE, THUNDERBIRD LEGACY DEVELOPMENT, AENEAS VENTURE PARTNERS 4, LLC, JOSEPH VILLASENOR, ARIZONA OPPORTUNITY INDUSTRIALIZATION CENTER ("ARIZONA OIC"), UNITED STATES AND EXCHANGE COMMISSION, UNITED STATES DEPARMTENT OF THE TREASURY, and DOES 1-50),<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:25-CV-06226 |

**<u>Declaration of Arizona Opportunity Industrialization Center</u>**

1. My name is Leah Landrum Taylor. I am fully competent to make this declaration. I have personal knowledge of all the facts stated herein, and the statements herein are true and correct.

2. I am the Board Chairman of the Arizona Opportunity Industrialization Center ("AOIC"). I am duly authorized to make this declaration on behalf of AOIC.

3. AOIC is an Arizona nonprofit organization founded in 1967. AOIC's purpose is to assist economically disadvantaged Arizonans through education, job training, and job placement in the Phoenix area.

4. I understand that Chynethia Gragg has filed the above-captioned lawsuit against AOIC and other defendants in the United States District Court for the Southern District of Texas. However, AOIC has no connection to Texas or Ms. Gragg. AOIC's principal place of business is in Phoenix, Arizona. AOIC was founded pursuant to the laws of the State of Arizona. AOIC has never done business in Texas, owns no property in Texas, and has had no contacts with Texas. AOIC does not have any employees in Texas or provide any

services within the state of Texas. AOIC does not maintain any mailing addresses, phone numbers, bank accounts, or insurance policies in Texas.

5. AOIC has not solicited or received any funds from Ms. Gragg or anyone purporting to represent her in connection with the development of the Fairmont Hotel and Condominiums located at 39 East Jackson Street, Phoenix, Arizona 85004 ("Fairmont Project") made the basis of her lawsuit or otherwise. AOIC has never made any representations to Ms. Gragg regarding investing in the Fairmont Project either before or after her purported investment with a different group relating to the Fairmont Project.

6. AOIC has not entered into any contracts or agreements with Ms. Gragg in Texas or otherwise. AOIC has never purchased or sold anything to Ms. Gragg in Texas. AOIC has never had any business dealings with Ms. Gragg, including those arising from her allegations in the above-captioned lawsuit regarding the planned construction of the Fairmont Project.

7. No member of AOIC's governing board, including me, has had any contact with Chynethia Gragg to my knowledge. I am aware that Ms. Gragg claims that Dayln Blue spoke with her in April 2025 regarding the Fairmont Project. Dayln Blue is not on the governing board of AOIC nor was she at any other time. Moreover, the date of the alleged conversation with Ms. Blue was several years after Ms. Gragg claims she was led to invest in the Fairmont Project via the Phoenix Opportunity Zone Fund, Lawrence Jatsek, and/or Dwight Alexander. Furthermore, no one associated with AOIC made any representations to Ms. Gragg on behalf of AOIC regarding any actual or potential investment in the Fairmont Project, and certainly not prior to the time Ms. Gragg alleges that she invested money with an entity unaffiliated with AOIC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on this 23rd day of March, 2026.

*Leah Landrum Taylor*

Leah Landrum Taylor